UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOLOMON SHANY,

                Plaintiff,

    -against-

RAUL SARIOL, *et al.*,

                Defendants.
-----------------------------------------------------------X

**ORDER**
23 CV 2466 (AMD) (CLP)

**POLLAK**, United States Magistrate Judge:

    The Court hereby requests that pro bono counsel be found to represent plaintiff Solomon Shany. The Court cannot compel any attorney to accept a civil case on a pro bono basis. See <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 310 (1989). The Pro Se Staff attorneys are Ordered to attempt to find an attorney willing to represent plaintiff Shany.

    **SO ORDERED.**

Dated: Brooklyn, New York
        October 20, 2025

                                            /s/ Cheryl L. Pollak
                                            Cheryl L. Pollak
                                            United States Magistrate Judge
                                            Eastern District of New York